UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAKAN USAL, M.D., <br><br> Plaintiff, <br><br> -against- <br><br> CAREFIRST BLUE CROSS BLUE SHIELD, <br><br> Defendant. | Index No.: 20-05227 <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Hakan Usal, M.D., by and through his undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant CareFirst Blue Cross Blue Shield with prejudice. Each party shall bear their own costs.

Dated: New York, New York
       June 4, 2020

SCHWARTZ SLADKUS
REICH GREENBERG ATLAS LLP
*Attorneys for Plaintiff*

**SO ORDERED.**

By:  /s/ Michael Gottlieb
     Michael Gottlieb
     444 Madison Avenue
     New York, New York 10022
     (212) 743-7054

_____
Hon. Esther Salas, U.S.D.J.
Dated: June 5, 2020

1